# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DEJAN ZORIC** | **SENTENCING MINUTES**<br><br>Case No. 21-cr-0223-bhl-7 |

HONORABLE BRETT H. LUDWIG presiding  
Proceeding Held: December 9, 2024  
Deputy Clerk: Julie D.

Time Called: 11:02 a.m.  
Time Concluded: 11:34 a.m.  
Court Reporter: J. Stake

**Appearances:**

UNITED STATES OF AMERICA by: Christopher Ladwig  
DEJAN ZORIC in person and by: Dennis Coffey  
US PROBATION OFFICE by: Daniel Dragolovich

☒ The parties have no objections to the factual statements in the PSR

☒ The parties have no objections to the application of the guidelines in the PSR

☒ The Court adopts the factual statements and guideline application as set forth in the PSR

☒ The government presents sentencing argument: guideline sentence  
☒ Defendant exercises right of allocution.  
☒ The government dismisses the Indictment

☒ The defendant presents sentencing argument: probation with home detention  
☒ The Court imposes sentence.  
☒ Defendant advised of appeal rights.

The government moved for an additional one-level decrease pursuant to U.S.S.G. § 3E1.1(b) because the defendant timely notified authorities of his intention to enter a plea of guilty. The Court granted the motion.

**SENTENCE IMPOSED:** one (1) year and one day

**SUPERVISED RELEASE:** one (1) year

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00        due immediately

**Fine:**               $ _____        ☒ fine waived

**Restitution:**        $ None

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the Court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The Court recommends the defendant's placement at a facility in close proximity to Las Vegas, Nevada.
☐ The Court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service for processing.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☒ no sooner than January 9, 2025

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Conditions of Supervision** set forth in the presentence investigation report without change.